

Ryan P. Poscablo<br>
85 Broad Street<br>
New York, NY 10004<br>
212-660-1030<br>
rposcablo@rshc-law.com

November 14, 2016

**VIA ECF**

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>Farkas, et. al v. Materials Lifecycle Management Co., et. al. (16-Civ-7357) (RA)</u>

Dear Judge Abrams:

We represent plaintiffs Benjamin Farkas, Julie Farkas, and Silpan Patel in the above referenced matter, and write respectfully pursuant to Rule 4.C. of Your Honor's Individual Rules of Practice to notify the Court that we will rely on the pleading being challenged, *i.e.*, the Complaint filed on September 21, 2016, in opposing the pending motions to dismiss (Dkt. Nos. 16, 18).

Thank you for your attention to this matter.

Respectfully submitted,

Ryan P. Poscablo, Esq.

cc: All Counsel of Record (*via* ECF)